# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| WENDELL FOO, MD | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 18-00490 JAO-WRP |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| ALEX M. AZAR II, Deputy and Acting Secretary of Health and Human Services, in his official capacity | September 23, 2019<br><br>At 2 o'clock and 17 min p.m.<br>SUE BEITIA, CLERK |
| Defendant. | |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Order Affirming Departmental Appeals Board's Final Decision on Review of Administrative Law Judge Decision", ECF No. 28, filed on September 23, 2019.

| | |
|---|---|
| September 23, 2019 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by ET |
| | (By) Deputy Clerk |